UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE OPERATING
ENGINEERS' LOCAL 324 PENSION           Case No.     10-10841
FUND, et al,

                                 HONORABLE AVERN COHN

         Plaintiff,

v.

FERGUSON'S ENTERPRISES, INC.,
et al,

         Defendants.
_____/

## AMENDED JUDGMENT

For the reasons stated in the Memorandum and Order entered on February 22, 2012, judgment is entered in favor of plaintiffs in the amount of $150,975.70 for fringe benefits and for attorney fees in the amount of $22,679.50 for a total judgment of $173,655.20 against defendants and the case is DISMISSED.

                                                    DAVID WEAVER

Dated: February 22, 2012      By: s/Julie Owens
                                        Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 22, 2012, by electronic and/or ordinary mail.

                                                    S/Julie Owens
                                                    Case Manager, (313) 234-5160