UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE OPERATING
ENGINEERS' LOCAL 324 PENSION
FUND, et al,
          Case No. 10-10841
          HONORABLE AVERN COHN

        Plaintiff,

v.

FERGUSON'S ENTERPRISES, INC.,
et al,
        Defendants.
_____/

## AMENDED JUDGMENT

For the reasons stated in the Memorandum and Order Amending Judgment entered on April 09, 2012, judgment is entered in favor of plaintiffs in the amount of $115,026.56 for unpaid contributions, attorney fees in the amount of $22,679.50 and for double interest under §1132(g)(2)(c)(i) in the amount of $63,255.22, for a total judgment of $200,961.28 against defendants and the case is DISMISSED.

DAVID WEAVER

Dated: February 22, 2012        By: s/Julie Owens
                                          Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 22, 2012, by electronic and/or ordinary mail.

                                          S/Julie Owens
                                          Case Manager, (313) 234-5160