UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE OPERATING ENGINEERS'
LOCAL 324 PENSION FUND, OPERATING
ENGINEERS' LOCAL 324 HEALTH CARE PLAN,
OPERATING ENGINEERS' LOCAL 324 VACATION
& HOLIDAY FUND, OPERATING ENGINEERS'
LOCAL 324 APPRENTICESHIP FUND, and
OPERATING ENGINEERS' LOCAL 324 DEFINED
CONTRIBUTION PLAN,
Trust Funds Established and Administered                CASE NO. 10-10841
Pursuant to Federal Law,                                HON. AVERN COHN

    Plaintiffs,

v.

FERGUSON'S ENTERPRISES, INC.,
a Michigan corporation, and
BOBBY W. FERGUSON, individually,

    Defendants.
_____/

## ORDER AMENDING AMENDED JUDGMENT (DOC. 52)

Plaintiffs have filed a Motion for Reconsideration regarding the amended judgment entered by the Court (Doc. 52). The Trustees were awarded double interest pursuant to 29 U.S.C. §1132(g)(2). However, one of the calculations of interest was not included in the amended judgment. The clerk of the court will enter a Second Amended Judgment in the amount of $262,978.54. The amount reflects $115,026.56 in unpaid contributions, $62,636.29 in interest pursuant to §1132(g)(2)(B), $62,636.29 in interest

1

pursuant to §1132(g)(2)(C)(i), and the attorney's fees of $22,679.50 awarded to the Trustees in the Memorandum and Order amending judgment. (Doc. 51).

**SO ORDERED.**

Dated: May 2, 2012           s/Avern Cohn
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, Wednesday, May 2, 2012, by electronic and/or ordinary mail.

                                             s/Julie Owens
                                             Case Manager, (313) 234-5160