UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE OPERATING
ENGINEERS' LOCAL 324 PENSION  Case No.    10-10841
FUND, et al,

                             HONORABLE AVERN COHN

         Plaintiffs,

v.

FERGUSON'S ENTERPRISES, INC.,
et al,

         Defendants.
_____/

## JUDGMENT

For the reasons stated in the Order entered on May 02, 2012 the April 09, 2012, Amended Judgment is amended as follows,

Judgment is entered in favor of plaintiffs as detailed below:

    Unpaid Contributions in the amount of  $115,026.56;

    Interest in the amount in the amount of $62,636.29, pursuant tor §1132(g)(2)(B);

    Double interest in the amount of $62,636.29, pursuant to §1132(g)(2)(C)(i);

    Attorney fees in the amount of $22,679.50,

for a total judgment of $262,978.64 against defendants and the case is DISMISSED.

                                       DAVID WEAVER

Dated: May 2, 2012         By: s/Julie Owens
                                        Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 2, 2012, by electronic and/or ordinary mail.

                                        S/Julie Owens
                                        Case Manager, (313) 234-5160